IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:04-CR-81-H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ANTHONY BALLARD, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to reconsider, [D.E. #108], filed August 10, 2015, in which defendant moves the court to reconsider its judgment, entered May 18, 2015, denying his request for sentence reduction under 18 U.S.C. § 3582(c)(2) due to ineligibility.

Courts have generally recognized three grounds for altering or amending judgments. See Hutchinson v. Staton, 994 F.2d 1076, 1081 (4th Cir. 1993). Specifically, courts will alter or amend "an earlier judgment: (1) to accommodate an intervening change in controlling law; (2) to account for new evidence not available at trial; or (3) to correct a clear error of law or prevent manifest injustice." Id.

The court has carefully reviewed defendant's motion for reconsideration, as well as the record in this matter, and finds

no reason to alter or amend its judgment. Therefore, defendant's motion to reconsider, [D.E. #108], is DENIED.

This 28th day of January 2016.

Malcolm J. Howard
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#34