# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Anthony Ballard | ) Case No: 7:04-CR-81-1H |
| | ) USM No: 24790-056 |
| Date of Original Judgment: July 5, 2005 | ) |
| Date of Previous Amended Judgment: _____ | ) Halerie Costello |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a modification of an imposed term of imprisonment to the extent otherwise expressly permitted by statute and as provided by Section 404 of the First Step Act of 2018, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  n/a  months **is reduced to**  n/a  .

*(Complete Parts I and II of Page 2 when motion is granted)*

The term of supervised release in all counts is reduced to four years years to run concurrently.

This matter is before the court on remand from the Fourth Circuit. Defendant was released on July 10, 2019 following approximately 15 years in custody. He took courses while in custody and worked consistently. Mr. Ballard is now 49 years old, is employed and is in compliance with supervision. Having considered all his post sentencing conduct as well as the 3553(a) factors, the court, in its discretion, grants his motion as noted above.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

Except as otherwise provided, all provisions of the judgment(s) dated July 5, 2005, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 5/4/21

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Malcolm J. Howard   Senior U.S. District Judge
*Printed name and title*